# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM SCOTT DAVISON and<br>CARRIE L. HODGE,<br>    Plaintiffs,<br><br>v.<br><br>ROBERT M. LEFEVER and OMNI<br>INSURANCE COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 13-00157-N<br>)<br>)<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 18) made under 28 U.S.C. § 636(b)(1)(B) and dated July 18, 2013, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Plaintiffs' Motion to Remand (Doc. 11) is **GRANTED** and that this case be **REMANDED** to the Circuit Court of Mobile County, Alabama.

Judgment in accordance with this Order shall issue by separate document.

**DONE** and **ORDERED** this the **5th** of **August 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**